HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE BARRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:13-cr-0057-LJO-SKO |
| *Plaintiff*, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE;  ORDER |
| v. | ) | |
| JOSE BARRERA, | ) | Date:   August 5, 2013 |
| *Defendant*. | ) | Time:   1:00 p.m. |
| | ) | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Michael S. Frye, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Jose Barrera, that the status conference current set for June 17, 2013 may be rescheduled for **August 5, 2013 at 1:00 p.m.** before the Magistrate Judge Oberto.

The parties are in active discussions. It is expected that the case will resolve through said discussions. The requested continuance is necessary to allow for further investigation and plea discussions. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                          BENJAMIN B. WAGNER
                                          United States Attorney

Dated: June 13, 2013                   /s/ *Michael S. Frye*
                                          MICHAEL S. FRYE
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


                                          HEATHER E. WILIAMS
                                          Federal Defender

Dated: June 13, 2013                  /s/  *Peggy Sasso*
                                          PEGGY SASSO
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JOSE BARRERA


### ORDER

The parties' request is GRANTED.   The delay resulting from the continuance shall be excluded in the interests of justice herein and for defense preparation and investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.



IT IS SO ORDERED.

**Dated:     June 13, 2013**                      /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE