HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE BARRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:13-cr-0057 LJO / SKO |
|---|---|---|
| *Plaintiff,* | ) | ORDER FOR TRANSPORT TO FUNERAL SERVICES FOR SERBANO REGALADO-GOMEZ |
| *vs.* | ) | |
| JOSE BARRERA, | ) | |
| *Defendant.* | ) | |

IT IS HEREBY ORDERED that defendant Jose Barrera (Kern County Sheriff's Booking No. SO2024206; U.S. Federal Reg. No. 69804-097) shall be transported by Federal Public Defender Investigators Victor D. Gonzalez and Vincent Lee for the funeral services of his father-in-law, Serbano Regalado-Gomez, at St. Stanislaus Parish, 709 J St., Modesto, CA 95354, on October 11, 2013 at noon.

Specifically, Mr. Barrera shall be released to the custody of Victor D. Gonzalez as the third-party custodian for the limited purpose of attending the funeral services of Serbano Regalado-Gomez.  Mr. Gonzalez shall take custody of Mr. Barrera at 8:00 a.m. on Friday, October 11, 2013 at the Lerdo Maximum-Medium Facility located at 17645 Industrial Farm Road, Bakersfield, CA 93308.  Upon receipt of Mr. Barrera, Mr. Gonzalez shall provide Mr. Barrera with appropriate dress clothes and will supervise the changing of Mr. Barrera's clothes in the restroom located in the lobby in the Lerdo Detention Facility.  From there, Mr. Gonzalez and Mr. Lee will transport Mr. Barrera without stopping to St. Stanislaus Parish, 709 J St.,

Modesto, CA 95354.  Mr. Barrera shall only attend the funeral service for Mr. Serbano Regalado-Gomez and no other ceremony.  Mr. Barrera will then be transported by Mr. Gonzalez and Mr. Lee directly to the Lerdo Detention Facility without stopping.  Mr. Barrera must be returned to the Lerdo Detention Facility no later than 5:00 p.m.  Mr. Gonzalez and Mr. Lee shall be with the defendant at all times.

If any deviation from this order occurs, Mr. Gonzalez is obligated to immediately call the Court and inform the Court of the situation.  Any deviation from this order may result in an immediate arrest warrant for Mr. Barrera being issued.

IT IS SO ORDERED.

Dated:  **October 10, 2013**                         _____
UNITED STATES MAGISTRATE JUDGE