IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>                 v.<br><br>JOSE BARRERA,<br><br>                         Defendant. | CASE NO. 1:13-CR-00057 LJO<br><br>ORDER DENYING DEFENDANT'S MOTION PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2) |

    The defendant has filed a motion under 18 U.S.C. § 3582(c)(2), seeking a reduction in his sentence on the basis of Amendment 782 to the Sentencing Guidelines which revises the Drug Quantity Table in USSG § 2D1.1 and reduces by two levels the offense level applicable to many drug trafficking offenses. The Government has opposed the motion on the basis that the defendant received the benefit of this amendment when originally sentenced in anticipation of the amendment and agreed not to request a further reduction.

    Section 3582(c)(2) authorizes district courts to modify an imposed sentence "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission." *United States v. Dunn*, 728 F.3d 1151, 1155 (9th Cir. 2013). Effective November 1, 2014, the Commission promulgated Amendment 782, which generally revised the Drug Quantity Table and chemical quantity tables across drug and chemical types. The Commission also voted to make Amendment 782 retroactively applicable to previously

sentenced defendants.  In anticipation of this amendment, the Court departed downward two levels from the defendant's adjusted offense level when he was sentenced on October 20, 2014, so the defendant would not have to request a reduction in his sentence after the effective date of the amendment.  As Section 1B1.10 of the sentencing guidelines prohibits a reduction below the amended range and the defendant was sentenced to the amended range already, the defendant's motion pursuant to Section 3582 is hereby denied.

IT IS SO ORDERED.

Dated:   **April 24, 2015**                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE